UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

ELBA RODRIGUEZ, and other similarly
Situated individuals,

       Plaintiffs,

v.

NIAGARA DISTRIBUTORS, INC. and
JANET LUCCI,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, NIAGARA DISTRIBUTORS, INC. and JANET LUCCI, remove this action from the Circuit Court for the Seventeenth Judicial District, in and for Broward County, Florida to the United States District Court for the Southern District of Florida.  As grounds for removal and for no other purpose, Defendants state:

1. On or about March 15, 2019, Plaintiff, Elba Rodriguez, commenced an action in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, captioned *Elba Rodriguez, and others similarly situated individuals  v. Niagara Distributors, Inc. and Janet Lucci,* Case No. CACE19005888 (the "State Court Action").

2. Defendants were served with the Summons and Complaint in the State Court Action on April 15, 2019.

1

3. Defendants are filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendants are required by law to remove this action is May 15, 2019. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida is located within the Southern District of Florida. Venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." *See* 28 U.S.C. §1441(a).

5. In accordance with 28 U.S.C. §1446(a), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as **Exhibit A**. Plaintiff has not served upon Defendants any other process, pleadings, or orders.

6. Defendants will, promptly upon filing this Notice of Removal, give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. §1446(d). Attached to this Notice as **Exhibit B** is a copy of the Notice of Defendants' Notice of Removal to Federal Court which is being filed in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

### This Court Has Original Federal Question Jurisdiction Over Plaintiff's Complaint

7. In her Complaint, Plaintiff's jurisdictional allegations assert claims pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201 *et seq. See* Complaint at ¶2. Moreover, Counts I to III of the Plaintiff's Complaint seek relief pursuant to the FLSA. *Id.* Pursuant to 28 U.S.C. § 1441(a), "[A]ny civil action brought in a State court

of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . ., to the district court of the United States for the district and division embracing the place where such action is pending."

WHEREFORE, Defendants hereby notify this Court, the Plaintiff, and the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, that the above-captioned matter has been removed to this Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3rd day of May, 2019, the foregoing DEFENDANTS' NOTICE REMOVAL TO FEDERAL COURT was served via the court's notification system and electronic mail: Martin Saenz, Esq., SAENZ & ANDERSON, PLLC, 20900 NE 30th Avenue, Suite 800, Aventura, Florida 33180, msaenz@saenzanserson.com.

    Respectfully submitted,

    /s/. Peter J. Bober
    PETER J. BOBER
    FBN: 0122955
    SAMARA ROBBINS BOBER
    FBN: 0156248
    BOBER & BOBER, P.A.
    2699 Stirling Road
    Suite A-304
    Hollywood, Florida 33312
    Telephone: (954) 922-2298
    Facsimile: (954) 922-5455
    Peter@boberlaw.com
    Samara@boberlaw.com